## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

MORGAN & MORGAN, P.A.,

                Plaintiff,

      v.

SCOTT D. STAMATAKIS, individually, and
STAMATAKIS & THALJI, P.L.

                Defendants.

Case No.:

## COMPLAINT

Plaintiff Morgan & Morgan, P.A. states the following for its Complaint against

Defendants Scott Stamatakis, individually, and Stamatakis & Thalji, P.L. (collectively

"Defendants").

## NATURE OF THE CASE

1.     This is an action at law and in equity for service mark infringement,

cybersquatting, unfair competition, and unfair and deceptive trade practices arising under the

Trademark Act of 1946, 15 U.S.C. §§ 1051 *et seq.* (the "Lanham Act"), the Anticybersquatting

Consumer Protection Act, 15 U.S.C. § 1125(d) (the "ACPA"), Fla. Stat. § 495.151, Fla. Stat. §

501.201 *et seq.*, and the common law.

## THE PARTIES

2.     Plaintiff Morgan & Morgan, P.A. ("Plaintiff") is a Florida Professional

Association having a principal place of business of 20 North Orange Avenue, Suite 1607,

Orlando, Florida 32801.

3.      Upon information and belief, Defendant Stamatakis & Thalji, P.L. is a Florida

Limited Liability Corporation having a principal place of business at 13904 North Dale Mabry

Highway, Suite 301, Tampa, Florida 33618.

4.      Upon information and belief, Defendant Scott D. Stamatakis is a resident of the

State of Florida. On further information and belief, Defendant Scott D. Stamatakis is an owner,

operator, and/or managing partner of Defendant Stamatakis & Thalji, P.L., and directs and

controls the business activities of Defendant Stamatakis & Thalji, P.L. On further information an

belief, Defendant Scott D. Stamatakis directly engaged in the wrongful conduct upon which this

Complaint is based, and/or orchestrated, condoned, authorized, or ratified it, knowingly,

intentionally, or recklessly.

## JURISDICTION AND VENUE

5.      This Court has subject matter jurisdiction under Section 39 of the Lanham Act,

15 U.S.C. § 1121, and under 28 U.S.C. §§ 1331 and 1338.  This Court has jurisdiction over

Plaintiff's related common law claims under 28 U.S.C. §§ 1338 and 1367.

6.      This Court has personal jurisdiction over Defendants because Defendants reside

in this State, do business in this State, have engaged in acts or omissions within this State

causing injury, and have otherwise established contacts with this State making the exercise of

personal jurisdiction proper.

7.      Venue is proper in this District under 28 U.S.C. § 1391(b)(1) and (2) because

Defendants reside in this District, and a substantial part of the events or omissions giving rise to

the action occurred in this District.

US2008 3041098.2

## FACTUAL BACKGROUND

**A.     The FOR THE PEOPLE® Mark**

8.      Plaintiff is a leading law firm specializing in representing accident and injury victims nationwide including in courts in the State of Florida.  Plaintiff currently has offices in Tampa, Orlando, St. Petersburg, Jacksonville and Ft. Myers, Florida.  Among the practice areas in which Plaintiff's attorneys provide representation are personal injury, medical malpractice, nursing home abuse, wrongful death, product liability, and product recalls.  Plaintiff also represents individuals and consumers in class actions in several of the foregoing practice areas.

9.      Plaintiff and its predecessors in interest have used the FOR THE PEOPLE® service mark since at least as early as January 1, 1993.  On November 20, 2001, one of Plaintiff's predecessors in interest received U.S. Registration No. 2,510,452 covering the FOR THE PEOPLE® service mark for "attorney services."  A true and correct copy of U.S. Registration No. 2,510,452 is attached as **Exhibit A**.

10.      The original registrant of U.S. Registration No. 2,510,452 was Morgan, Colling & Gilbert, P.A. of Orlando, Florida.  On February 23, 2005, Morgan, Colling & Gilbert changed its name to The Morgan Firm, P.A.  On November 15, 2006, The Morgan Firm, P.A. changed its name to Morgan & Morgan, P.A.  A true and correct copy of a printout reflecting the foregoing chain of title as recorded in the records of the U.S. Patent and Trademark Office is attached as **Exhibit B**.

11.      U.S. Registration No. 2,510,452 is incontestable pursuant to 15 U.S.C. § 1065 as the mark has been in continuous use in commerce for more than five years from the date of registration and the required affidavit of incontestability has been filed with the U.S. Patent and Trademark Office.  Because U.S. Registration No. 2,510,452 is incontestable, pursuant to

US2008 3041098.2

15 U.S.C. §1115(b), the registration is conclusive evidence of the validity of the registered mark and of Plaintiff's exclusive rights to use the mark on or in connection with attorney services.

12.     As a result of the continuous and exclusive use of the FOR THE PEOPLE® Mark by Plaintiff, particularly in the State of Florida, the mark enjoys wide public acceptance and association with Plaintiff and has come to be recognized widely and favorably by the public as an indicator of the origin of the services provided by Plaintiff.

13.     As a result of the extensive use and promotion of Plaintiff's FOR THE PEOPLE® Mark in interstate commerce by Plaintiff, Plaintiff now owns valuable goodwill that is symbolized by Plaintiff's FOR THE PEOPLE® Mark.  The consuming public has come to associate Plaintiff's FOR THE PEOPLE® Mark as identifying attorney services offered by Plaintiff, particularly in connection with personal injury, medical malpractice, nursing home abuse, wrongful death, product liability, and product recalls.  Plaintiff's FOR THE PEOPLE® Mark is distinctive and has achieved significant secondary meaning and fame.

14.     As a result of the extensive and continuous use and promotion of Plaintiff's FOR THE PEOPLE® Mark in the State of Florida, Plaintiff's FOR THE PEOPLE® Mark has become famous and highly distinctive of Plaintiff's attorney services in the State of Florida.

15.     Additionally, Plaintiff advertises its attorney services on the Internet through the domain name <www.forthepeople.com>.  A copy of the home page utilized by Plaintiff in connection with its website at <www.forthepeople.com> is attached as **Exhibit C.**

**B.**     **Defendants' Unlawful Activities**

16.     Upon information and belief, Defendants operate an attorney services business in Tampa and Clearwater, Florida that offers, among other things, representation in many of the same practice areas as Plaintiff, including without limitation personal injury and wrongful death.

4

Not only are the services provided by Defendants in connection with their business highly similar to and competitive with the services offered by Plaintiff; they are advertised utilizing the same means, including the Internet, and are targeted to the same customers and potential customers.

17.     In connection with advertising and promoting their attorney services, Defendants have adopted and used the URL <www.forthepeoplelaw.com>, which contains Plaintiff's exact mark with the addition of the word "law."  Defendants' URL <www.forthepeoplelaw.com> is confusingly similar to Plaintiff's FOR THE PEOPLE® Mark, and the addition of "law" to the end of Plaintiff's exact service mark is insufficient to distinguish Defendants' use of "for the people" particularly as both Defendants and Plaintiff provide attorney services.  Defendants' registration and use of the <www.forthepeoplelaw.com> domain name is a clear attempt to divert Internet users who seek to visit Plaintiff's <www.forthepeople.com> website.  A copy of the home page utilized by Defendants in connection with their website at <www.forthepeoplelaw.com> is attached as **Exhibit D**.

18.     In connection with advertising and promoting its attorney services, Defendants have also adopted and used the URL <www.forthepople.com>, which contains Plaintiff's exact service mark, only with the word "people" deliberately misspelled.  Defendants' URL <www.forthepople.com> is confusingly similar to Plaintiff's FOR THE PEOPLE® Mark, and Defendants' registration and use of the <www.forthepople.com> domain name is a clear attempt to divert Internet users who seek to visit Plaintiff's <www.forthepeople.com> website but accidentally misspell or mistype Plaintiff's domain name.  A copy of the home page utilized by Defendants in connection with their website at <www.forthepople.com> is attached as **Exhibit E**.

US2008 3041098.2

19.     Upon information and belief, at the time Defendants first adopted and commenced use of the URLs <www.forthepeoplelaw.com> and <www.forthepeople.com> (collectively, the "Infringing Domain Names"), Defendants were fully aware of Plaintiff's FOR THE PEOPLE® Mark and of the preexisting and senior rights of Plaintiff in that mark.

20.     Defendants do not have any past or present affiliation, association, or connection with or authorization from Plaintiff.

21.     Defendants' use of the Infringing Domain Names, which are confusingly similar to Plaintiff's FOR THE PEOPLE® Mark, creates a likelihood of consumer confusion as to the source, origin, sponsorship, or affiliation of Defendants' business and their attorney services with Plaintiff and its attorney services.

22.     Plaintiff has attempted to resolve this dispute short of litigation.  On October 31, 2011, counsel for Plaintiff wrote a letter to Defendants informing Defendants of Plaintiff's prior and superior rights in the FOR THE PEOPLE® Mark, relaying Plaintiff's concern over the likelihood of confusion occasioned by Defendants' use of the Infringing Domain Names in connection with their activities, and requesting that Defendants immediately assign the Infringing Domain Names to Plaintiff.  The letter enclosed a copy of Plaintiff's FOR THE PEOPLE® service mark registration certificate referenced above (the "FOR THE PEOPLE® Registration").  A true and correct copy of the aforementioned letter is attached as **Exhibit F**.

23.     As of the date of the filing of this Complaint, Plaintiff has not received a response to its October 31, 2011 correspondence, and Defendants, upon information and belief, continue to use the Infringing Domain Names in connection with their attorney services business.  Despite Plaintiff's effort to resolve this matter without Court involvement, Defendants have refused to

US2008 3041098.2

comply with Plaintiff's requests, in violation of Plaintiff's rights in its federally registered FOR THE PEOPLE® Mark.

24.     Plaintiff has engaged the assistance of the undersigned counsel and agreed to pay their reasonable fees and costs.

25.     All conditions precedent to this action have occurred or been performed.

## FIRST CAUSE OF ACTION
### (Federal Service Mark Infringement)

26.     Plaintiff repeats and incorporates by reference the allegations contained in Paragraphs 1 through 25 as if fully set forth here.

27.     Plaintiff's nationwide priority in its FOR THE PEOPLE® Registration pre-dates Defendants' first use of the Infringing Domain Names.

28.     By continuing to use confusingly similar imitations of the mark that is the subject of Plaintiff's FOR THE PEOPLE® Registration without authorization, Defendants have created a likelihood that consumers and others in this District will be deceived or misled into believing that Defendants, their business, and their services are sponsored or endorsed by, or affiliated or associated with Plaintiff.

29.     Defendants' activities are in violation of 15 U.S.C. § 1114 and are causing, and unless enjoined by this Court will continue to cause, a likelihood of confusion and deception among members of the consuming public, and additionally, injury to Plaintiff's goodwill and reputation as symbolized by Plaintiff's FOR THE PEOPLE® Mark, for which Plaintiff has no adequate remedy at law.

30.     Defendants are causing and are likely to cause substantial injury to the consuming public and to Plaintiff, and Plaintiff is entitled to injunctive relief and to recover Defendants'

US2008 3041098.2

profits, Plaintiff's actual damages, costs, and reasonable attorneys' fees under 15 U.S.C. §§ 1116 and 1117.

## SECOND CAUSE OF ACTION
### (Federal Unfair Competition)

31.     Plaintiff repeats and incorporates by reference the allegations contained in Paragraphs 1 through 30 as if fully set forth here.

32.     Defendants have used and are using in commerce words, terms, names, symbols, devices and combinations thereof, false designations of origin, false and misleading descriptions of fact, and false and misleading representations of fact, including <www.forthepeoplelaw.com> and <www.forthepople.com>, which are likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection or association of Defendants and their attorney services with Plaintiff and Plaintiff's FOR THE PEOPLE® Mark.

33.     Defendants have used and are using in commerce words, terms, names, symbols, devices and combinations thereof, false designations of origin, false and misleading descriptions of fact, and false and misleading representations of fact, including <www.forthepeoplelaw.com> and <www.forthepople.com>, which are likely to cause confusion, or to cause mistake, or to deceive as to the origin, sponsorship or approval of Defendants and their attorney services with Plaintiff.

34.     Defendants' activities constitute unfair competition and are in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125, and are causing, and unless enjoined by this Court will continue to cause, a likelihood of confusion and deception among members of the consuming public and, additionally, injury to Plaintiff's goodwill and reputation as symbolized by Plaintiff's FOR THE PEOPLE® Mark, for which Plaintiff has no adequate remedy at law.

8

35.     Defendants' conduct is causing and is likely to cause substantial injury to the consuming public and to Plaintiff, and Plaintiff is entitled to injunctive relief and to recover Defendants' profits, Plaintiff's actual damages, costs, and reasonable attorneys' fees under 15 U.S.C. §§ 1116 and 1117.

## THIRD CAUSE OF ACTION
### (Violations of the Anticybersquatting Consumer Protection Act)

36.      Plaintiff repeats and incorporates by reference the allegations contained in Paragraphs 1 through 35 as if set forth fully herein.

37.     By registering and using the Infringing Domain Names, Defendants have registered, trafficked in, and used domain names that are confusingly similar to Plaintiff's FOR THE PEOPLE® Mark.

38.     Defendants registered the Infringing Domain Names and have used them with the intent to divert consumers from Plaintiff's website to Defendants' website accessible under a domain name that could harm the goodwill represented by Plaintiff's FOR THE PEOPLE® Mark.  Defendants registered the Infringing Domain Names with the bad faith intent to profit by creating a likelihood of confusion as to source, sponsorship, affiliation, or endorsement of their website, and Defendants registered the Infringing Domain Names with the bad faith intent to profit unlawfully from Plaintiff's federally-registered FOR THE PEOPLE® Mark.

39.     On information and belief, Defendants are in fact deriving profit from the use of the Infringing Domain Names and the consequent confusion of Internet users and consumers.

40.     Defendants' actions constitute cyberpiracy in violation of 15 U.S.C. § 1125(d).

41.     Defendants' unauthorized registration and use of the Infringing Domain Names has caused, and unless preliminarily and permanently enjoined, Defendants' registration and

US2008 3041098.2

continued use of the Infringing Domain Names will continue to cause, irreparable injury to Plaintiff and to the goodwill associated with Plaintiff's FOR THE PEOPLE® Mark.

42.     Because Defendants' infringing conduct is causing and is likely to cause substantial injury to the public and to Plaintiff, Plaintiff is entitled to injunctive relief, and to recover statutory damages under 15 U.S.C. § 1117(d) or Defendants' trebled profits, together with Plaintiff's costs and Plaintiff's reasonable attorneys' fees pursuant to 15 U.S.C. § 1117(a).

### FOURTH CAUSE OF ACTION
### (Trademark Dilution under Florida Law, Fla. Stat. § 495.151)

43.     Plaintiff repeats and incorporates by reference the allegations contained in Paragraphs 1 through 42 as if fully set forth here.

44.     Plaintiff has extensively and continuously promoted and used its FOR THE PEOPLE® Mark in the State of Florida, and the mark is highly distinctive and famous in Florida and became so before Defendants' first use of the Infringing Domain Names.

45.     Defendants are making unauthorized commercial use in commerce of Plaintiff's FOR THE PEOPLE® Mark, and Defendants' activities have caused and are likely to cause dilution of the distinctive quality of Plaintiff's FOR THE PEOPLE® Mark.  Defendants' conduct blurs the public's exclusive identification of Plaintiff's FOR THE PEOPLE® Mark with Plaintiff and tarnishes the positive associations of the mark.  As a result of Defendants' acts, Plaintiff has suffered and is likely to suffer irreparable injury to its business reputation.

46.     Defendants' acts constitute a violation of the Florida Anti-Dilution State, Fla. Stat. § 495.151.

47.     Defendants' actions demonstrate a willful intent to trade on the goodwill associated with Plaintiff's FOR THE PEOPLE® Mark and to injure Plaintiff's business reputation as symbolized by the mark, all to the irreparable injury of Plaintiff.

US2008 3041098.2

48.     As a result of Defendants' acts, Defendants have caused and will continue to cause injury to Plaintiff, and Plaintiff is entitled to injunctive relief.  As a result of Defendants' willful intent, Plaintiff is entitled to Defendants' profits, damages, and attorneys' fees under Fla. Stat. § 495.151(2).

## FIFTH CAUSE OF ACTION
**(Deceptive and Unfair Trade Practices under Florida Law, Fla. Stat. § 501.201 *et seq*.)**

49.     Plaintiff repeats and incorporates by reference the allegations contained in Paragraphs 1 through 48 as if fully set forth here.

50.     Defendants' willful actions constitute unfair and deceptive trade practices in the course of a business, trade, or commerce in violation of the Florida Deceptive and Unfair Trade Practices Act, Fla. Stat. § 501.201 *et seq.*

51.     Defendants' acts are injurious to consumers as well as to Plaintiff, and Plaintiff is entitled to injunctive relief, actual damages, punitive damages, reasonable attorneys' fees, and costs.

## SIXTH CAUSE OF ACTION
**(Common Law Unfair Competition and Infringement)**

52.     Plaintiff repeats and incorporates by reference the allegations contained in Paragraphs 1 through 51 as if fully set forth here.

53.     Defendants' conduct alleged herein constitutes common law unfair competition and service mark infringement, and is causing, and unless enjoined by this Court will continue to cause, a likelihood of confusion and deception among members of the consuming public and, additionally, injury to Plaintiff's goodwill and reputation as symbolized by Plaintiff's FOR THE PEOPLE® Mark, for which Plaintiff has no adequate remedy at law.

US2008 3041098.2

54.     As a result of Defendants' acts, Plaintiff has been damaged in an amount not yet determined or ascertainable.  At a minimum, however, Plaintiff is entitled to injunctive relief, an accounting of Defendants' profits, damages, and costs.  Plaintiff is additionally entitled to punitive damages because Defendants' infringement of Plaintiff's rights, including but not limited to the continued use, despite notice, of confusingly similar imitations of Plaintiff's FOR THE PEOPLE® Mark has been willful, fraudulent, and malicious.

## PRAYER FOR RELIEF

Wherefore, Plaintiff prays that a judgment be entered:

1.     Permanently enjoining Defendants and all affiliated or related entities, agents, officers, employees, representatives, successors, assigns, attorneys, and all other persons acting for, with, by, through, or under authority from Defendants, or in concert or participation with Defendants, pursuant to the powers granted to this Court by 15 U.S.C. § 1116 and relevant state statutes, from:

a.     using the URLs <www.forthepeoplelaw.com> and <www.forthepeople.com>, and any other confusingly similar imitations of Plaintiff's FOR THE PEOPLE® Mark, in connection with Defendants' attorney services business; and

b.     using any trademark, service mark, name, logo, URL, or source designation of any kind that is a copy, reproduction, colorable imitation, or simulation of or confusingly similar to, or in any way similar to, the trademarks, service marks, names, or logos, of Plaintiff, or is likely to cause confusion, mistake, deception, or public misunderstanding that

12

Defendants' business or services are the business or services of Plaintiff,

or are sponsored by or in any way related to Plaintiff.

2.      Awarding Plaintiff compensatory and punitive damages; an accounting for all profits received by Defendants' unauthorized use of confusingly similar imitations of Plaintiff's FOR THE PEOPLE® Mark; the costs of this action; reasonable attorneys' fees pursuant to 15 U.S.C. § 1117 and relevant state and common law and a trebling of damages and profits as authorized by law.

3.      Directing Defendants to transfer and assign the URLs <www.forthepeoplelaw.com> and <www.forthepeople.com> to Plaintiff, and to deliver up for destruction all labels, signs, packages, receptacles, advertising, promotional material or the like in the possession, custody, or control of Defendants that are found to adopt or to infringe Plaintiff's FOR THE PEOPLE® Mark.

4.      Granting Plaintiff such other and further relief as the Court may deem just and proper.

This 6th day of December, 2011.

Respectfully submitted,


/s/ Gregory G. Jones
Gregory G. Jones
Florida State Bar No. 337536
Attorney for Plaintiff
**GREGORY G. JONES, P. A.**
The Tampa Theatre Building
707 North Franklin Street, Suite 801
Tampa, FL 33602
Telephone: (813) 229-2100
Facsimile: (813) 229-6100
Email: gregjones@ggjpa.com

(signatures continued on next page)

13

(signatures continued from preceding page)

/s/ Christopher P. Bussert
Christopher P. Bussert – Designated Trial Attorney
Jennifer Fairbairn Deal
Attorneys for Plaintiff
**KILPATRICK TOWNSEND & STOCKTON LLP**
Suite 2800
1100 Peachtree Street
Atlanta, GA 30309
Telephone: (404) 815-6500
Facsimile: (404) 815-6555
Email: cbussert@kilpatricktownsend.com
       jdeal@kilpatricktownsend.com

14

**EXHIBIT A**

Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

Reg. No. 2,510,452

## United States Patent and Trademark Office

Registered Nov. 20, 2001

**SERVICE MARK**
**PRINCIPAL REGISTER**

**FOR THE PEOPLE**

MORGAN, COLLING AND GILBERT, P.A.
  (FLORIDA CORPORATION)
20 NORTH ORANGE AVENUE, 16TH FLOOR
P.O. BOX 4979
ORLANDO, FL 328024979

  FOR: ATTORNEY SERVICES, IN CLASS 42 (U.S.
CLS. 100 AND 101).

FIRST USE 1-1-1993; IN COMMERCE 1-1-1993.

SER. NO. 76-240,057, FILED 4-16-2001.

ANDY COREA, EXAMINING ATTORNEY

**<ins>EXHIBIT B</ins>**



# United States Patent and Trademark Office

**Home** | Site Index | Search | Guides | Contacts | *eBusiness* | eBiz alerts | News | Help



## Assignments on the Web > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 2**

**Serial #:** 76240057      **Filing Dt:** 04/16/2001      **Reg #:** 2510452      **Reg. Dt:** 11/20/2001

**Registrant:** MORGAN, COLLING and GILBERT, P.A.

**Mark:** FOR THE PEOPLE

### Assignment: 1

**Reel/Frame:** 4186/0606      **Received:** 04/15/2010      **Recorded:** 04/15/2010      **Pages:** 5

**Conveyance:** CHANGE OF NAME

**Assignor:**                                                                         **Exec Dt:** 02/23/2005

MORGAN, COLLING & GILBERT, P.A. A/K/A MORGAN, COLLING AND GILBERT, P.A.     **Entity Type:** CORPORATION

**Citizenship:** FLORIDA

**Assignee:** THE MORGAN FIRM, P.A.

20 NORTH ORANGE AVENUE      **Entity Type:** CORPORATION

SUITE 1600      **Citizenship:** FLORIDA

ORLANDO, FLORIDA 32801

**Correspondent:** WILLIAM H. BREWSTER

1100 PEACHTREE ST. NE

SUITE 2800

ATLANTA, GA 30309

### Assignment: 2

**Reel/Frame:** 4191/0473      **Received:** 04/23/2010      **Recorded:** 04/23/2010      **Pages:** 4

**Conveyance:** CHANGE OF NAME

**Assignor:**                                                        **Exec Dt:** 11/15/2006

THE MORGAN FIRM, P.A.      **Entity Type:** CORPORATION

**Citizenship:** NONE

**Assignee:** MORGAN & MORGAN, P.A.

10 NORTH ORANGE AVENUE      **Entity Type:** PROFESSIONAL ASSOCIATION

SUITE 1600      **Citizenship:** FLORIDA

ORLANDO, FLORIDA 32801

**Correspondent:** WILLIAM H. BREWSTER

1100 PEACHTREE ST. NE, SUITE 2800

KILPATRICK STOCKTON LLP

ATLANTA, GA 30309

Search Results as of: 11/17/2011 09:29 AM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.2
Web interface last modified: July 25, 2011 v.2.2

**EXHIBIT C**





| Home | Verdicts and Settlements | Practice Areas | Consumer Alerts | Video Center | Attorneys |

**Casey Anthony Case**

For Information on the Casey Anthony Civil Litigation

**Morgan & Morgan**

Trial Lawyers, Representing the People, Not the Powerful

**Personal Injury Attorneys**

Car Accidents, Medical Malpractice, Slip and Fall

**$40 Million Verdict**

Tobacco litigation against R.J. Reynolds and Philip Morris

## Casey Anthony Case

Casey Anthony Deposition Transcript for Defamation Suit Released November 1

Read More

## Search powered by Google

| | Search |

Questions? *24 Hour Hotline*

**Guided Case Review** - *'a Step-by-Step Approach'*

# Personal Injury Lawyers For The People

**Morgan & Morgan** is a leading consumer protection and personal injury law firm representing accident and injury victims nationwide. We strive to provide our clients with the best legal representation and our **experienced trial lawyers** are committed to defending your rights, in cases ranging from labor and employment disputes to class actions to negligence and injury lawsuits. Learn more about our law firm's Areas of Practice.

Our experienced team of injury attorneys handles all **personal injury claims**, including car accidents, workers compensation, medical malpractice, nursing home abuse, product



liability, slip and fall, denial of insurance benefits, American with Disabilities Act claims, employment discrimination claims, collection harassment, Social Security claims, and general negligence.

**Morgan & Morgan** features numerous AV Rated Attorneys, including firm founder John Morgan. An AV Rating indicates that the attorney has reached the height of professional excellence, demonstrating the highest levels of skill and integrity. An AV Rating is achieved only through independent peer review.

# Personal Injury Lawsuits and Claims



Our Personal Injury Lawyers handle all types of accident and injury claims, including traumatic brain injury cases, slip and fall claims, dog bite injuries, and burn injuries. If a personal injury is caused by some form of negligence, the victim may have the right to pursue a personal injury lawsuit. By filing an injury claim, victims of accidents and injuries can seek compensation for damages, lost wages, and medical expenses.

| Personal Injury | Auto Accidents | Dog Bites |
| Find an Injury Lawyer | Burn Injuries | Slip & Fall |

# Medical Malpractice Lawsuits and Claims



When a medical professional fails to uphold the standard of care and causes harm to a patient, the medical negligence victim may be able to recover damages through a medical malpractice lawsuit. Our Medical Malpractice Attorneys handle all types of medical negligence claims, including those arising from birth injuries, failure to diagnose or misdiagnosis, surgical malpractice, and medication errors. If a doctor or hospital is found liable for your medical malpractice injury, you may be entitled to financial compensation.

| Birth Injuries | Wrongful Death | Anesthesia Errors |
| Cancer Misdiagnosis | Surgical Errors Attorney | Medication Errors |

## Medical Resources

Morgan & Morgan has compiled a list of sites containing up to date reviews and reports of physicians. We urge you to take the time to research your doctor. Learn More

# Workers Compensation Injuries and Claims



Faulty equipment, falls, and unsafe working conditions are just a few factors that can contribute to serious work injuries. Jobsite injuries and workplace accidents can result in lost wages, medical expenses, and disability for workers. When Workers Compensation Claims are unfairly denied, our Workers Compensation Lawyers can help injured employees recover workers compensation benefits.

Back Injury                    Spinal Injury                    Burn Injury

# Car Accident and Auto Injury Claims



Serious car accidents can have devastating effects on victims, leaving some seriously injured, permanently disabled, and financially destroyed. Reckless driving, driving under the influence, and failure to obey traffic signs are just a few of the common causes of auto accidents. If you or a loved one has suffered an auto injury in a motor vehicle accident, the Car Accident Attorneys at Morgan & Morgan will fight to help you recover compensation.

Car Accident Lawsuits                    Motorcycle Accidents                    Truck Accidents

# Social Security Benefits and Claims



Have you been denied Social Security Disability Benefits? Appealing a denied Social Security claim can be tedious, but our Social Security Lawyers can guide you through this process. If you need help filing for Supplemental Security Income (SSI) or Social Security Disability Insurance (SSDI), contact our Social Security Attorneys today. We will work to help you get the SSI or SSDI benefits that you deserve.

| Disability | Work Requirements | Family Disability Benefits |
| Determining Eligibility | Types of Benefits | SSD Lawyers |

# Overtime Law and Wage & Hour Disputes

Thousands of employers violate the Fair Labor and Standards Act (FSLA) by failing to pay employees the required minimum wage or by not paying time-and-a-half for overtime hours. If you have been denied overtime pay, our Unpaid Overtime Lawyers



can help you file a wage dispute claim to recover lost income. Overtime lawsuits can provide workers with compensation for back pay, attorney's fees, and other damages.

Unpaid Overtime          Overtime Scams          Federal Minimum Wage Law

## Florida Accident & Injury Lawyers

Atlanta                 Melbourne

Clearwater              Memphis

Cocoa                   Naples

Daytona Beach           Ocala

DeLand                  Orlando

Fort Myers              Sanford

Gainesville             Sarasota

Jacksonville            St. Augustine

Kissimmee               St. Petersburg

Lakeland                Tampa

Leesburg                Titusville

## Consumer Alerts

Zoloft Birth Defects            Lexapro Birth Defects

Avaulta Vaginal Mesh            Culturelle Class Action

Topamax Clefts                 Actos Bladder Cancer

Fosamax Femur Fractures        DePuy Hip Implant Recall

Vaginal Mesh Lawsuits          Trim Board Class Action

Imprelis Tree Damage           SSRI Birth Defects

Gentek Siding Complaints       Yaz and Yasmin

DePuy Pinnacle Hip             Cancer Policy Lawsuits

Bard Pelvi Mesh Lawsuits       Metanx Substitutes

Learn more: Consumer Resources

# Social Media

| Facebook | Twitter | YouTube |
|---|---|---|

**Recommendations**

| Login | You need to be logged into Facebook to see your friends' recommendations. |


**Personal Injury Lawyers For the People | Morgan & Morgan**
866 people recommend this.


**Overtime Scams | Attorneys, Lawyers & Legal Resources**
One person recommends this.


**Casey Anthony Case - Zenaida Gonzalez v. Casey Anthony**
866 people recommend this.

**Children's Lawyers | Children's Law Attorneys**
2 people recommend this.

Facebook social plugin

Morgan and Morgan is a personal injury law firm with offices in Florida, Georgia, Mississippi, and Tennessee, handling a
the United States. Whether you are looking for a lawyer or attorney, were severely injured due to medical errors, suffered
our legal guides, legal information, law articles, and experienced lawyers can help you navigate issues with insurance cov
injury payout that you deserve. Our attorneys handle claims for automobile accidents, auto wrecks, car crashes, aviation
products, dog bites, maritime injuries, medical errors, medicare denials, motorcycle accidents, personal injury accident, pre
truck wrecks, workplace injuries, and wrongful death claims, and work related injuries. Our law firm can help with your lia
record includes numerous large personal injury settlement amounts. For the People.

| **Orlando, Florida** | **Tampa, Florida** | **Jacksonville, Florida** | **Fort Myers, F** |
|---|---|---|---|
| 20 North Orange Avenue | One Tampa City Center | 76 S. Laura Street | 12800 Univers |
| | 201 N. Franklin Street, 7th Floor | Suite 1100 | Suite 600 |
| | Tampa, Florida 33602 | Jacksonville, Florida 32202 | Fort Myers, Fl |

Suite 1600
Orlando, FL 32801

**St. Petersburg, Florida**

695 Central Avenue,

Suite 150J

St. Petersburg, Florida 33701

**Atlanta, Georgia**

191 Peachtree Street NE,

Suite 4200

Atlanta, Georgia 30303

**Jackson, Mississippi**

188 East Capitol St,

Suite 777

Jackson, Mississippi 39201

**Tavares, Flor**

14229 US 441

Tavares, Flori

**Daytona Beach, Florida**

148 South Ridgewood Avenue

Daytona Beach, Florida 32114

**Memphis, Tennessee**

1 Commerce Square 26th Floor

Memphis, Tennessee 38103



© 1998-2011. All Rights Reserved. Morga



**EXHIBIT D**



866.479.6946

**Speak to an Attorney Now!**

# Contact Us

SEARCH

- HOME
  - WHO WE ARE
  - SCOTT STAMATAKIS, Esq.
    - SAMI THALJI, Esquire
  - MELISSA THALJI, Esquire
  - BRUCE INSANA, Esquire
- PERSONAL INJURY
  - AUTO ACCIDENT
  - WRONGFUL DEATH
    - DUI VICTIM
  - MOTORCYCLE ACCIDENT
    - PERSONAL INJURY
  - BOATING ACCIDENT
    - DOG BITE
  - SINKHOLES
  - SINKHOLE Basics
  - What is MY INJURY Worth?
    - Car Insurance Basics
  - Property Damage Claims
    - Medical Treatment
  - What is MY INJURY?
  - MYINJURY Scope of Services
- FORECLOSURE DEFENSE
  - FORECLOSURE DEFENSE
    - SHORT SALE
  - LOAN MODIFICATION
    - Debt Collections
    - Fair Lending
  - Truth in Lending
  - Credit Reporting
  - Deceptive and Unfair Practices
    - Legal Links
  - BANKRUPTCY
  - BANKRUPTCY Basics
  - BANKRUPTCY FAQs
  - CHAPTER 7 BANKRUPTCY
  - CHAPTER 13 BANKRUPTCY
  - CHAPTER 11 BANKRUPTCY
  - BANKRUPTCY and RELIGION
  - BANKRUPTCY Time Frames
  - CREDIT REPAIR
  - CREDIT REPAIR – SIGN UP NOW!

- # STAMATAKIS + THALJI on Delicious.com

  - Scott Stamatakis | www.legalplayground.com/My-Profile.html 08/26/2011
    - Scott Stamatakis of The Law Offices of Stamatakis, Thalji & Bonnano, is invited to teach a legal seminar on August 23,2011 07/28/2011

- # I Got Served!

Click Here to order your Foreclosure Survival Guide

 Click Here to order your Foreclosure Awareness Guide

[contact-form 2 "contacts"]

read more >>

- [CREDIT REPAIR SERVICES](#)
  - [CREDIT REPAIR PROCESS](#)
  - [CREDIT REPORTING LAWS](#)
    - [MY CREDIT SCORE](#)
  - [What is MY CREDIT SCORE?](#)
    - [LAW BLOG](#)
- [CONTACT US](#)
  - [CAREERS](#)

·



**Facebook Public Profile**
Login to see this content

Stamatakis and Thalji, P.L. on Facebook

·



MYINJURY.com
MyInjury

**MyInjury** myinjury http://t.co/ftWIgi3z is now following us; http://t.co/kX4vY23V
23 days ago · reply · retweet · favorite

**MyInjury** We received 8 new compliments: Always on Time, Best of the Best, Community Star, Friendly Staff, Knowledgeable, Qu: http://t.co/sKHlBbRt
49 days ago · reply · retweet · favorite

**MyInjury** myinjury http://t.co/hkWIO5bk is now following us; http://t.co/pXIKgzF2
49 days ago · reply · retweet · favorite

**MyInjury** We should assign someone to watch Governor Rick Scott to find out what

he is doing at all times, because, well, he's
n...http://t.co/nhTa2jYv
57 days ago · reply · retweet · favorite

Join the conversation

- PERSONAL INJURY
  - AUTO ACCIDENT
  - WRONGFUL DEATH
    - DUI VICTIM
  - MOTORCYCLE ACCIDENT
    - PERSONAL INJURY
  - BOATING ACCIDENT
    - DOG BITE
    - SINKHOLES
    - SINKHOLE Basics
  - What is MY INJURY Worth?
    - Car Insurance Basics
    - Property Damage Claims
    - Medical Treatment
    - What is MY INJURY?
  - MYINJURY Scope of Services
  - BANKRUPTCY
    - BANKRUPTCY Basics
    - BANKRUPTCY FAQs
  - CHAPTER 7 BANKRUPTCY
  - CHAPTER 13 BANKRUPTCY
  - CHAPTER 11 BANKRUPTCY
  - BANKRUPTCY and RELIGION
  - BANKRUPTCY Time Frames
- FORECLOSURE DEFENSE
  - FORECLOSURE DEFENSE
  - LOAN MODIFICATION
    - SHORT SALE
    - Debt Collections
    - Fair Lending
    - Truth in Lending
    - Credit Reporting
  - Deceptive and Unfair Practices
    - Legal Links
- CREDIT REPAIR
  - CREDIT REPAIR – SIGN UP NOW!
  - CREDIT REPAIR SERVICES
  - CREDIT REPAIR PROCESS
  - CREDIT REPORTING LAWS
  - MY CREDIT SCORE
  - What is MY CREDIT SCORE?
- CONTACT US
  - CAREERS
- SCOTT STAMATAKIS, Esq.

◦ WHO WE ARE
◦ SAMI THALJI, Esquire
◦ MELISSA THALJI, Esquire
◦ BRUCE INSANA, Esquire

# *STAMATAKIS + THALJI*

1
tweet

retweet

15

Share

## MAIN OFFICE TAMPA. ALL SERVICES STATEWIDE.

**AUTO ACCIDENT | PERSONAL INJURY.** *STAMATAKIS + THALJI* focuses much of our practice in the area of 3rd party insurance  claims, such as an auto accident. Simply put, if you are injured thru no fault of your own in an auto accident or other act of negligence our auto accident attorneys will pursue all available claims against all available insurance companies. Auto accident and personal injury claims are contingency fee claims. This means that we do not receive any fees unless our auto accident attorneys make a recovery for you.  If you are injured in an auto accident or personal injury do not attempt to deal with the insurance company on your own.  Contact our auto accident and personal injury attorneys today for your FREE Consultation and learn your legal rights.

**SINKHOLES.** Our sinkhole attorneys fight for Florida homeowners who have seen their investments damaged at the hands of a sinkhole. Sinkhole claims and foreclosures are becoming more and more relevant amongst homeowners. Too often homeowner's insurance companies either payoff claims at severly reduced rates or don't pay them at all. Our sinkhole attorneys fight for your consumer rights. Repairing your home or business and being fully compenstated for the damage caused by sinkholes is a top priority. Contact our sinkhole attorneys today for your FREE Consultation and learn your legal rights.

**FORECLOSURE DEFENSE.** We firmly believe that our foreclosure defense attorneys are the best in Florida. Together they comprise Florida's leading foreclosure defense law firm. Our foreclosure defense attorneys have developed a unique foreclosure defense program that provides extremely competent foreclosure defense representation to distressed homeowners at very affordable rates. Our foreclosure defense attorneys not only handle the foreclosue defense, but we also help our clients achieve their ultimate goals, whether that is loan modification, bankruptcy, or short sale. Unlike most fly by night law firms that have recently begun offering watered down foreclosure defense services to consumers, our foreclosure defense attorneys actually defend you in court. Our founding partners used to work as bank foreclosure lawyers before offering our services solely to consumers. Let our foreclosure defense attorneys and staff put our experience to work for you today. For our law firm, foreclosure defense is not the end but only the beginning. Contact our foreclosure defense attorneys today for your FREE Consultation.

**BANKRUPTCY.** Our bankruptcy attorneys offer affordable and experienced bankruptcy services to Florida Consumers. Bankruptcy provides consumers with their most powerful tool against creditors. When used as a part of a greater, overall strategy to protect your home or assets, Bankruptcy can provide consumers with options they never knew existed. An experienced bankruptcy attorney can help you eliminate your credit card debt, save your home, rid yourself of 2nd and 3rd mortgages, or re-value loans on investment properties to fair market value. An experience and affordable Bankruptcy attorney is a must in today's economic climate. To learn more about your bankruptcy rights contact our bankruptcy attorneys today for your FREE Consultation.

**LOAN MODIFICATION.** Our foreclosure defense attorneys negotiate loan modifications on behalf of our foreclosure clients while defending any pending foreclosure actions. When considering loan modification, remember that it is illegal for a non-lawyer to charge upfront fees fr a loan modification. Also keep in mind, that if you are considering dealing with a "loan modification" company, most are from California or Miami, they are surely a fraud. Loan modifications can be very difficult and time consuming which is why having an experienced foreclosure defense attorney negotiating on your behalf is a must. The ever changing standards combined with the banks lack of responsiveness have left most consumers out of luck when it comes to lowering their monthly payments. Let our foreclosure defense attorneys go to work for you. Our loan modifications fees are affordable and we will continue to fight for your home until the very end. Contact our foreclosure defense attorneys today for yoru FREE Consultation.

**SHORT SALE.** Our foreclosure defense attorneys work in conjunction with our affiliated realtors to help our foreclosure clients seeking short sales of their homes or investment properties. Our foreclosure defense attorneys work to ensure that your property is offered to the general public and not investors and that the realtors always seek fair market value.  Our foreclosure defense attorneys negotiate the contract with the bank and help the client understand the consequences of a short sale. Unfortunately, we too often see foreclosure clients rely on the bad advice of realtors. Do not let a realtor alone guide you thru the complicated foreclosure and short sale process. Contact our foreclosure defense attorneys today for your FREE Consultation.

**CREDIT REPAIR.** Our credit repair attorneys offer an affordable, lawyer based credit repair program to consumers. Now is the time to start the long process known as credit repair. With a slow economic recovery on the horizon, beginning the long journey back to good credit is the right decision. Our credit repair attorneys and staff will analyze your credit report and work with and against the credit bureaus and creditors to do everything in our power to hold them accountable to the requirements of federal law. Our interent based credit repair system makes working with our credit repair attorneys a seamless process. Contact our credit repair attorneys today for more information regarding our affordable attorney based credit repair program.

*STAMATAKIS + THALJI* Consumer Justice Attorneys

**Main Offices 13904 N Dale Mabry Hwy, 301 Tampa, FL 33618**

**Call Today 813.282.9330 | 866.479.6946**

**Consultations available in Orlando, Kissimmiee, Bradenton, Sarasota, Port Charlotte, Ft Myers, and Naples.**

# · Dog Bites: Who is at Fault?



You're out for an evening stroll when suddenly an unleashed dog comes running towards you. Is he friendly? How do you avoid a dog bite, and who is at fault if he attacks? The short answer is dog owners who don't keep their dogs on leashes or behind fences may be held liable if their dog attacks. Also, owners who encourage their dogs to behave violently may be forced to pay victims if the law determines the owner is to blame. If you are bitten by a dog while on someone's property, the owner still has an obligation to control their animal and prevent attacks if possible. **Avoiding Dog Bites** The first rule is prevention. Avoid an aggressive animal if at all possible. There are steps you can take to avoid injury in the first place. Since dogs are territorial, the following guidelines apply:

- ◦ Don't reach into a car or over a fence to pet a dog
- ◦ Let sleeping dogs lie: Don't disturb them while they are eating, sleeping, playing with a toy or caring for puppies.
- ◦ Do not intentionally scare or startle a dog. Remember that dogs see you as an intruder if they do not know you well.

Following the above rules will help you avoid many potentially combative situations. But aggressive dogs may still attack. If you fear an attack is imminent, remember the following:

- ◦ Never run from a dog.
- ◦ Do not scream or make noise.
- ◦ Keep your hands to your sides and don't make sudden movements.
- ◦ Don't look the dog in the eye since that is aggressive behavior.
- ◦ When the dog starts to calm down or walk away, you can slowly back away.

If you are bitten, use your balled up jacket or purse to create a barrier. Once you are free of the dog, wash the bite with warm water and use soap. Call your doctor and animal control. If you or someone you know has been attacked by a dog, contact a lawyer skilled in handling the legal rights related to dog bites. A lawyer can help you seek compensation from the owner to cover medical bills, lost wages and damage from scars and psychological trauma.   **Related Posts:** Sinkholes: Trouble for Homeowners  Am I a Candidate for Loan Modification?

# · Short Sale or Foreclosure: Is There a Better Choice?

When it comes to selling your house at a loss in a short sale or letting it go into foreclosure, which is worse for your credit? The answer may surprise you. While neither is good for your credit score, both options have pros and cons that you should understand before making a decision.

A short sale is the process in which the bank that holds your mortgage agrees to sell it at a price less than what you owe on the home. In this situation, the bank loses money on the sale, but

hedges its bets against losing more money to a foreclosed home that may sit empty for months or even years. Having a buyer means the bank note will be paid, just at a cost less than what is owed.

For example, you could own a home with a mortgage of $250,000 and have the bank approve a final sale at $230,000. Banks will only go so low, and not all lenders will agree to a short sale. Having an attorney who can speak with the mitigation loss department will be helpful during the process. Your credit will still be affected, and can drop as much as 250 points.

Financial experts agree that a foreclosure will also lower your credit score, possibly by the same amount. Many homeowners see the advantage of living in the home during the foreclosure proceedings, which can take months, as a benefit since they are not paying the mortgage during this time. And your credit score can take the same hit- 250 or so points. But beware- a foreclosure can hurt your credit in other ways.

Having a foreclosed home in your name means that you must wait at least 24-72 months before you can buy another home. During that time, interest rates will be sky high and unattainable. However, a short sale property in your name doesn't affect you in quite the same way. Realty experts agree the waiting time to buy a home after selling a property in a short sale is about 24 months following the sale, and sometimes even less time is required.

**Related Posts:**

Bankruptcy and Retirement

Am I a Candidate for Loan Modification?

Credit Repair 101: Picking Out the Bad Guys

- ## **Sinkholes: Trouble for Homeowners**

When you purchase a home, you hope to never have to worry about the potentially devastating scenarios that could ruin your investment and your peace of mind. Luckily, your property insurance policy covers fires, floods and hurricanes. But did you know that sinkholes can do just as much damage to your property? Many homeowners are surprised to learn their insurance policy may not cover the repairs.

More and more Floridians are finding out the hard way that sinkholes are not always covered by insurance policies, and if they are, the insurance money may only pay for a portion of the very expensive repairs. Before 2007, every property insurance policy written in the state had to cover sinkholes to some degree. Lobbyists changed the law in 2007, and now policies written after that date are only required to *offer* sinkhole insurance.

Many insurance companies will deny a sinkhole claim for the following reasons:

◦ **Presence of organic materials**: If organic material like tree stumps or mulch has caused settling, then that is not a sinkhole. But sometimes there is organic material found at the site of a sinkhole, and the claim is denied based on that information.
◦ **Septic tank issues**: A breach or collapse in the septic tank can cause uneven settling and is not covered by insurance. However, a sinkhole can also cause problems with a septic tank, so it's good to know which came first.

There are other factors that can cause cracking and shifting in the foundation, and it is important to have them tested. Something that does not appear to be a sinkhole can still be related or even caused by a sinkhole. Any of the below could be a sign of 'normal' settling, but it could also be a sign of a growing or shifting sinkhole:

- Unlevel floors
- Separation gaps in doors, or on countertops
- Cracks around windows, doorways or in the ceiling
- Water leaks
- Yard sloping or dead patches of grass or shrubs
- Loose roofing tiles
- Plumbing issues
- Creaking and popping noises in the home
- Loose shower or bathroom tiles
- Cracks in the floor
- Cracks in the driveway

What are the options for fixing a sinkhole? A structural engineer can decide whether your home would benefit from underpinning. The process involves restricting the original foundation with metal rods and grout. It is cheaper and less time consuming than removing and pouring a new foundation. But selling a home with a known "sinkhole issue" can be tough. Many buyers will walk away when they hear the news, no matter how stable the current home foundation is. A best case scenario is often a drastically reduced selling price. When faced with the reality of writing a check at closing to sell the house or facing foreclosure, many homeowners don't have a choice. It's important to know your insurance policy and understand your rights.

**Related Posts:**

[Bankruptcy and Retirement](#)

[Avoiding Bankruptcy Fraud](#)

[Rebuilding Your Credit after Bankruptcy](#)

## • **Personal Bankruptcy and Business Assets**

The recession is hitting small business owners hard. When your income takes a hit, it can be hard to maintain your current lifestyle and pay your bills. Bankruptcy can mean a way to discharge your mounting debt. But when business owners have to file for personal bankruptcy, there are uncertainties about what assets you can exclude from the filing. One of the more common worries is what a personal bankruptcy can mean for the future of your business. Can you keep the business out of the bankruptcy? Will your debtors be able to close down your company?
The answer to both is: maybe. It depends on what type of business you have, how much income it generates, and what kind of inventory you may own.

In a typical case, since the business owner is filing bankruptcy, that's a sign that the business is not providing enough income to cover the owner's personal debts. The amount of income is usually weighed against the expenses of the company, including overhead; money owed to suppliers, vendors and employees; and other costs. If the assets are less than the liabilities, then there is little chance debtors will be able to recover any money from the business.

If you own a business, chances are you can keep your company running as normal and keep the debtors from forcing it into bankruptcy. However, it is possible for a creditor to liquidate your business.

Here are some things to remember when considering the future of your company:

◦ Make sure to list the business as an asset when you file your paperwork. Listing it as an asset does not necessarily mean you will have to shut it down and lose the income. But hiding or misrepresenting the business income could be considered bankruptcy fraud--a felony. The trustee assigned to your case will have to determine whether the court views the business as having value financially.

◦ If your business credit card and checking account is connected to the same banking institution that handles your personal banking, you may be at risk of the bank using funds from the business account to pay the personal debt.

◦ If your business is incorporated, then the business is more closely tied to your own personal debts and assets. The court may consider your assets to be personal, and therefore not separate.

◦ It is less likely for a service business without hard assets or inventory that is valuable to be included in a personal bankruptcy.

Because there are so many potential issues and exemptions for small business owners, it's important to secure a lawyer who is experienced in personal bankruptcy law. Your lawyer will determine the right steps to take to protect your assets, including your business, if possible.

**Related Posts:**

[Rebuilding Your Credit after Bankruptcy](#)

[Personal Bankruptcy FAQ](#)

[Tips for Choosing a Bankruptcy Attorney](#)

- ## Am I a Candidate for Loan Modification?

Feeling squeezed by the slow recovery of the recession? You aren't alone. Foreclosures and short sales popping up across the state are a visible sign of the financial duress many families are under. Maybe you're having trouble paying your mortgage because of a job loss or an adjusting rate. Paying too much on your mortgage can quickly deplete your savings and leave you trying to make ends meet at the end of every month. Loan modification is an option you might want to look into if you wish to stay in your home.

**What is loan modification?** The US Department of Housing and Urban Development (HUD) describes loan modification as a permanent change in the loan that allows the loan to be reinstated and paid at a price the mortgagor can afford. Basically it's an avenue that some homeowners who are going through a financial hardship pursue to avoid foreclosure.

**Why is it helpful?**
Loan modification is beneficial to homeowners who wish to remain in their house but can no longer afford the payment. The bank may be able to make your monthly payments much more reasonable. It can be less expensive than refinancing the loan. In asking your lender for a modification on the home loan, you're asking them to approve the loan at a lower payment.

This would allow you to make the monthly payment. Banks are willing to do it when the conditions are right for them since it prevents the home from going into foreclosure and becoming a burden on the bank.

### How does it work?

The goal of loan modification is to reduce your mortgage payment to be less than 31% of your gross monthly income. The bank will want to see many documents that pertain to your assets, income and debts. The bank will also want information about your home and financial situation, as well as tax information and proof of income. Lenders want to verify that you make enough money to pay the proposed loan amount and that you don't have too many debts. Banks will consider you for the program if you have enough income to be deemed low risk.

To qualify for a home loan modification, the following should be true:

- Your home must be your primary residence
- Your loan is less than $729,750 (for a one-unit property)
- Your current mortgage is from before January of 2009 (Loans dated after this date may not qualify)
- Your mortgage payment (including taxes and insurance) is more than 31% of your gross monthly income

If you meet the above criteria, you may wish to start the process for loan modification. Your attorney will help you prepare the documents to send to the bank. Lenders will verify your application and determine if you are in imminent danger of defaulting on your loan. One of the ways they assess that is to come up with a debt ratio to determine how much money you bring in, what your debts are and how much your mortgage payment costs. A bank officer will review the information and decide whether or not you qualify.

Beware of loan modification companies that could be potential scam-artists. Consumers here in Florida reported paying thousands of dollars each month for the services of companies that never helped them. Going through the process yourself may seem like the best idea, but loan modification is a long and complicated process. Having a lawyer to is incredibly helpful since he or she will know how to position your income and assets to show the lender that you qualify, and work with the bank on your behalf.

### Related Posts:

[What are the Real Consequences of Personal Bankruptcy?](What are the Real Consequences of Personal Bankruptcy?)

[Avoiding the Latest Auto Insurance Scams](Avoiding the Latest Auto Insurance Scams)

**<u>EXHIBIT E</u>**



**866.479.6946**

**Speak to an Attorney Now!**

# Contact Us

SEARCH

- HOME
  - WHO WE ARE
  - SCOTT STAMATAKIS, Esq.
    - SAMI THALJI, Esquire
  - MELISSA THALJI, Esquire
  - BRUCE INSANA, Esquire
- PERSONAL INJURY
  - AUTO ACCIDENT
  - WRONGFUL DEATH
    - DUI VICTIM
  - MOTORCYCLE ACCIDENT
    - PERSONAL INJURY
  - BOATING ACCIDENT
    - DOG BITE
  - SINKHOLES
  - SINKHOLE Basics
  - What is MY INJURY Worth?
    - Car Insurance Basics
  - Property Damage Claims
    - Medical Treatment
  - What is MY INJURY?
  - MYINJURY Scope of Services
- FORECLOSURE DEFENSE
  - FORECLOSURE DEFENSE
    - SHORT SALE
  - LOAN MODIFICATION
    - Debt Collections
    - Fair Lending
  - Truth in Lending
  - Credit Reporting
  - Deceptive and Unfair Practices
    - Legal Links
- BANKRUPTCY
  - BANKRUPTCY Basics
  - BANKRUPTCY FAQs
  - CHAPTER 7 BANKRUPTCY
  - CHAPTER 13 BANKRUPTCY
  - CHAPTER 11 BANKRUPTCY
  - BANKRUPTCY and RELIGION
  - BANKRUPTCY Time Frames
- CREDIT REPAIR
  - CREDIT REPAIR – SIGN UP NOW!

- ## STAMATAKIS + THALJI on Delicious.com

  - Scott Stamatakis | www.legalplayground.com/My-Profile.html 08/26/2011
    - Scott Stamatakis of The Law Offices of Stamatakis, Thalji & Bonnano, is invited to teach a legal seminar on August 23,2011 07/28/2011

  - ## I Got Served!

  Click Here to order your Foreclosure Survival Guide

   Click Here to order your Foreclosure Awareness Guide

  [contact-form 2 "contacts"]

  read more >>

- [CREDIT REPAIR SERVICES](#)
  - [CREDIT REPAIR PROCESS](#)
  - [CREDIT REPORTING LAWS](#)
    - [MY CREDIT SCORE](#)
  - [What is MY CREDIT SCORE?](#)
    - [LAW BLOG](#)
- [CONTACT US](#)
  - [CAREERS](#)



**Facebook Public Profile**
Login to see this content

[Stamatakis and Thalji, P.L.](#) on Facebook

·



MYINJURY.com
**MyInjury**

**MyInjury** myinjury mcclip.me/HREj is now
following us; mcclip.me/HREk
23 days ago · reply · retweet · favorite

**MyInjury** We received 8 new compliments:
Always on Time, Best of the Best,
Community Star, Friendly Staff,
Knowledgeable, Qu; mcclip.me/HNWi
49 days ago · reply · retweet · favorite

**MyInjury** myinjury mcclip.me/HNNS is now
following us; mcclip.me/HNNT
49 days ago · reply · retweet · favorite

**MyInjury** We should assign someone to
watch Governor Rick Scott to find out what

he is doing at all times, because, well, he's
n...lnkd.in/uHQqnC
57 days ago · reply · retweet · favorite

Join the conversation

- 
  - PERSONAL INJURY
    - AUTO ACCIDENT
    - WRONGFUL DEATH
      - DUI VICTIM
  - MOTORCYCLE ACCIDENT
    - PERSONAL INJURY
  - BOATING ACCIDENT
    - DOG BITE
    - SINKHOLES
    - SINKHOLE Basics
  - What is MY INJURY Worth?
    - Car Insurance Basics
  - Property Damage Claims
    - Medical Treatment
  - What is MY INJURY?
  - MYINJURY Scope of Services
    - BANKRUPTCY
  - BANKRUPTCY Basics
  - BANKRUPTCY FAQs
  - CHAPTER 7 BANKRUPTCY
  - CHAPTER 13 BANKRUPTCY
  - CHAPTER 11 BANKRUPTCY
  - BANKRUPTCY and RELIGION
  - BANKRUPTCY Time Frames
    - FORECLOSURE DEFENSE
  - FORECLOSURE DEFENSE
    - LOAN MODIFICATION
      - SHORT SALE
    - Debt Collections
      - Fair Lending
    - Truth in Lending
    - Credit Reporting
  - Deceptive and Unfair Practices
    - Legal Links
    - CREDIT REPAIR
  - CREDIT REPAIR – SIGN UP NOW!
    - CREDIT REPAIR SERVICES
    - CREDIT REPAIR PROCESS
    - CREDIT REPORTING LAWS
    - MY CREDIT SCORE
  - What is MY CREDIT SCORE?
    - CONTACT US
    - CAREERS
    - SCOTT STAMATAKIS, Esq.

◦ WHO WE ARE
◦ SAMI THALJI, Esquire
◦ MELISSA THALJI, Esquire
◦ BRUCE INSANA, Esquire

# *STAMATAKIS + THALJI*

1
tweet

15

retweet

Share

## MAIN OFFICE TAMPA. ALL SERVICES STATEWIDE.

**AUTO ACCIDENT | PERSONAL INJURY.** *STAMATAKIS + THALJI* focuses much of our practice in the area of 3rd party insurance  claims, such as an auto accident. Simply put, if you are injured thru no fault of your own in an auto accident or other act of negligence our auto accident attorneys will pursue all available claims against all available insurance companies. Auto accident and personal injury claims are contingency fee claims. This means that we do not receive any fees unless our auto accident attorneys make a recovery for you.  If you are injured in an auto accident or personal injury do not attempt to deal with the insurance company on your own.  Contact our auto accident and personal injury attorneys today for your FREE Consultation and learn your legal rights.

**SINKHOLES.** Our sinkhole attorneys fight for Florida homeowners who have seen their investments damaged at the hands of a sinkhole. Sinkhole claims and foreclosures are becoming more and more relevant amongst homeowners. Too often homeowner's insurance companies either payoff claims at severly reduced rates or don't pay them at all. Our sinkhole attorneys fight for your consumer rights. Repairing your home or business and being fully compenstated for the damage caused by sinkholes is a top priority. Contact our sinkhole attorneys today for your FREE Consultation and learn your legal rights.

**FORECLOSURE DEFENSE.** We firmly believe that our foreclosure defense attorneys are the best in Florida. Together they comprise Florida's leading foreclosure defense law firm. Our foreclosure defense attorneys have developed a unique foreclosure defense program that provides extremely competent foreclosure defense representation to distressed homeowners at very affordable rates. Our foreclosure defense attorneys not only handle the foreclosue defense, but we also help our clients achieve their ultimate goals, whether that is loan modification, bankruptcy, or short sale. Unlike most fly by night law firms that have recently begun offering watered down foreclosure defense services to consumers, our foreclosure defense attorneys actually defend you in court. Our founding partners used to work as bank foreclosure lawyers before offering our services solely to consumers. Let our foreclosure defense attorneys and staff put our experience to work for you today. For our law firm, foreclosure defense is not the end but only the beginning. Contact our foreclosure defense attorneys today for your FREE Consultation.

**BANKRUPTCY.** Our bankruptcy attorneys offer affordable and experienced bankruptcy services to Florida Consumers. Bankruptcy provides consumers with their most powerful tool against creditors. When used as a part of a greater, overall strategy to protect your home or assets, Bankruptcy can provide consumers with options they never knew existed. An experienced bankruptcy attorney can help you eliminate your credit card debt, save your home, rid yourself of 2nd and 3rd mortgages, or re-value loans on investment properties to fair market value. An experience and affordable Bankruptcy attorney is a must in today's economic climate. To learn more about your bankruptcy rights contact our bankruptcy attorneys today for your FREE Consultation.

**LOAN MODIFICATION.** Our foreclosure defense attorneys negotiate loan modifications on behalf of our foreclosure clients while defending any pending foreclosure actions. When considering loan modification, remember that it is illegal for a non-lawyer to charge upfront fees fr a loan modification. Also keep in mind, that if you are considering dealing with a "loan modification" company, most are from California or Miami, they are surely a fraud. Loan modifications can be very difficult and time consuming which is why having an experienced foreclosure defense attorney negotiating on your behalf is a must. The ever changing standards combined with the banks lack of responsiveness have left most consumers out of luck when it comes to lowering their monthly payments. Let our foreclosure defense attorneys go to work for you. Our loan modifications fees are affordable and we will continue to fight for your home until the very end. Contact our foreclosure defense attorneys today for yoru FREE Consultation.

**SHORT SALE.** Our foreclosure defense attorneys work in conjunction with our affiliated realtors to help our foreclosure clients seeking short sales of their homes or investment properties. Our foreclosure defense attorneys work to ensure that your property is offered to the general public and not investors and that the realtors always seek fair market value.  Our foreclosure defense attorneys negotiate the contract with the bank and help the client understand the consequences of a short sale. Unfortunately, we too often see foreclosure clients rely on the bad advice of realtors. Do not let a realtor alone guide you thru the complicated foreclosure and short sale process. Contact our foreclosure defense attorneys today for your FREE Consultation.

**CREDIT REPAIR**. Our credit repair attorneys offer an affordable, lawyer based credit repair program to consumers. Now is the time to start the long process known as credit repair. With a slow economic recovery on the horizon, beginning the long journey back to good credit is the right decision. Our credit repair attorneys and staff will analyze your credit report and work with and against the credit bureaus and creditors to do everything in our power to hold them accountable to the requirements of federal law. Our interent based credit repair system makes working with our credit repair attorneys a seamless process. Contact our credit repair attorneys today for more information regarding our affordable attorney based credit repair program.

*STAMATAKIS + THALJI* Consumer Justice Attorneys

**Main Offices 13904 N Dale Mabry Hwy, 301 Tampa, FL 33618**

**Call Today 813.282.9330 | 866.479.6946**

**Consultations available in Orlando, Kissimmiee, Bradenton, Sarasota, Port Charlotte, Ft Myers, and Naples.**

# • <u>Dog Bites: Who is at Fault?</u>



You're out for an evening stroll when suddenly an unleashed dog comes running towards you. Is he friendly? How do you avoid a dog bite, and who is at fault if he attacks? The short answer is dog owners who don't keep their dogs on leashes or behind fences may be held liable if their dog attacks. Also, owners who encourage their dogs to behave violently may be forced to pay victims if the law determines the owner is to blame. If you are bitten by a dog while on someone's property, the owner still has an obligation to control their animal and prevent attacks if possible. **Avoiding Dog Bites** The first rule is prevention. Avoid an aggressive animal if at all possible. There are steps you can take to avoid injury in the first place. Since dogs are territorial, the following guidelines apply:

◦ Don't reach into a car or over a fence to pet a dog
◦ Let sleeping dogs lie: Don't disturb them while they are eating, sleeping, playing with a toy or caring for puppies.
◦ Do not intentionally scare or startle a dog. Remember that dogs see you as an intruder if they do not know you well.

Following the above rules will help you avoid many potentially combative situations. But aggressive dogs may still attack. If you fear an attack is imminent, remember the following:

◦ Never run from a dog.
◦ Do not scream or make noise.
◦ Keep your hands to your sides and don't make sudden movements.
◦ Don't look the dog in the eye since that is aggressive behavior.
◦ When the dog starts to calm down or walk away, you can slowly back away.

If you are bitten, use your balled up jacket or purse to create a barrier. Once you are free of the dog, wash the bite with warm water and use soap. Call your doctor and animal control. If you or someone you know has been attacked by a dog, contact a lawyer skilled in handling the legal rights related to dog bites. A lawyer can help you seek compensation from the owner to cover medical bills, lost wages and damage from scars and psychological trauma.   **Related Posts:** Sinkholes: Trouble for Homeowners Am I a Candidate for Loan Modification?

# • <u>Short Sale or Foreclosure: Is There a Better Choice?</u>

When it comes to selling your house at a loss in a short sale or letting it go into foreclosure, which is worse for your credit? The answer may surprise you. While neither is good for your credit score, both options have pros and cons that you should understand before making a decision.

A short sale is the process in which the bank that holds your mortgage agrees to sell it at a price less than what you owe on the home. In this situation, the bank loses money on the sale, but

hedges its bets against losing more money to a foreclosed home that may sit empty for months or even years. Having a buyer means the bank note will be paid, just at a cost less than what is owed.

For example, you could own a home with a mortgage of $250,000 and have the bank approve a final sale at $230,000. Banks will only go so low, and not all lenders will agree to a short sale. Having an attorney who can speak with the mitigation loss department will be helpful during the process. Your credit will still be affected, and can drop as much as 250 points.

Financial experts agree that a foreclosure will also lower your credit score, possibly by the same amount. Many homeowners see the advantage of living in the home during the foreclosure proceedings, which can take months, as a benefit since they are not paying the mortgage during this time. And your credit score can take the same hit- 250 or so points. But beware- a foreclosure can hurt your credit in other ways.

Having a foreclosed home in your name means that you must wait at least 24-72 months before you can buy another home. During that time, interest rates will be sky high and unattainable. However, a short sale property in your name doesn't affect you in quite the same way. Realty experts agree the waiting time to buy a home after selling a property in a short sale is about 24 months following the sale, and sometimes even less time is required.

**Related Posts:**

[Bankruptcy and Retirement](#)

[Am I a Candidate for Loan Modification?](#)

[Credit Repair 101: Picking Out the Bad Guys](#)

- ## **Sinkholes: Trouble for Homeowners**

When you purchase a home, you hope to never have to worry about the potentially devastating scenarios that could ruin your investment and your peace of mind. Luckily, your property insurance policy covers fires, floods and hurricanes. But did you know that sinkholes can do just as much damage to your property? Many homeowners are surprised to learn their insurance policy may not cover the repairs.

More and more Floridians are finding out the hard way that sinkholes are not always covered by insurance policies, and if they are, the insurance money may only pay for a portion of the very expensive repairs. Before 2007, every property insurance policy written in the state had to cover sinkholes to some degree. Lobbyists changed the law in 2007, and now policies written after that date are only required to *offer* sinkhole insurance.

Many insurance companies will deny a sinkhole claim for the following reasons:

- **Presence of organic materials**: If organic material like tree stumps or mulch has caused settling, then that is not a sinkhole. But sometimes there is organic material found at the site of a sinkhole, and the claim is denied based on that information.
- **Septic tank issues**: A breach or collapse in the septic tank can cause uneven settling and is not covered by insurance. However, a sinkhole can also cause problems with a septic tank, so it's good to know which came first.

There are other factors that can cause cracking and shifting in the foundation, and it is important to have them tested. Something that does not appear to be a sinkhole can still be related or even caused by a sinkhole. Any of the below could be a sign of 'normal' settling, but it could also be a sign of a growing or shifting sinkhole:

- Unlevel floors
- Separation gaps in doors, or on countertops
- Cracks around windows, doorways or in the ceiling
- Water leaks
- Yard sloping or dead patches of grass or shrubs
- Loose roofing tiles
- Plumbing issues
- Creaking and popping noises in the home
- Loose shower or bathroom tiles
- Cracks in the floor
- Cracks in the driveway

What are the options for fixing a sinkhole? A structural engineer can decide whether your home would benefit from underpinning. The process involves restricting the original foundation with metal rods and grout. It is cheaper and less time consuming than removing and pouring a new foundation. But selling a home with a known "sinkhole issue" can be tough. Many buyers will walk away when they hear the news, no matter how stable the current home foundation is. A best case scenario is often a drastically reduced selling price. When faced with the reality of writing a check at closing to sell the house or facing foreclosure, many homeowners don't have a choice. It's important to know your insurance policy and understand your rights.

**Related Posts:**

[Bankruptcy and Retirement](Bankruptcy and Retirement)

[Avoiding Bankruptcy Fraud](Avoiding Bankruptcy Fraud)

[Rebuilding Your Credit after Bankruptcy](Rebuilding Your Credit after Bankruptcy)

## • **Personal Bankruptcy and Business Assets**

The recession is hitting small business owners hard. When your income takes a hit, it can be hard to maintain your current lifestyle and pay your bills. Bankruptcy can mean a way to discharge your mounting debt. But when business owners have to file for personal bankruptcy, there are uncertainties about what assets you can exclude from the filing. One of the more common worries is what a personal bankruptcy can mean for the future of your business. Can you keep the business out of the bankruptcy? Will your debtors be able to close down your company?
The answer to both is: maybe. It depends on what type of business you have, how much income it generates, and what kind of inventory you may own.

In a typical case, since the business owner is filing bankruptcy, that's a sign that the business is not providing enough income to cover the owner's personal debts. The amount of income is usually weighed against the expenses of the company, including overhead; money owed to suppliers, vendors and employees; and other costs. If the assets are less than the liabilities, then there is little chance debtors will be able to recover any money from the business.

If you own a business, chances are you can keep your company running as normal and keep the debtors from forcing it into bankruptcy. However, it is possible for a creditor to liquidate your business.

Here are some things to remember when considering the future of your company:

- Make sure to list the business as an asset when you file your paperwork. Listing it as an asset does not necessarily mean you will have to shut it down and lose the income. But hiding or misrepresenting the business income could be considered bankruptcy fraud--a felony. The trustee assigned to your case will have to determine whether the court views the business as having value financially.
- If your business credit card and checking account is connected to the same banking institution that handles your personal banking, you may be at risk of the bank using funds from the business account to pay the personal debt.
- If your business is incorporated, then the business is more closely tied to your own personal debts and assets. The court may consider your assets to be personal, and therefore not separate.
- It is less likely for a service business without hard assets or inventory that is valuable to be included in a personal bankruptcy.

Because there are so many potential issues and exemptions for small business owners, it's important to secure a lawyer who is experienced in personal bankruptcy law. Your lawyer will determine the right steps to take to protect your assets, including your business, if possible.

**Related Posts:**

[Rebuilding Your Credit after Bankruptcy](#)

[Personal Bankruptcy FAQ](#)

[Tips for Choosing a Bankruptcy Attorney](#)

- # Am I a Candidate for Loan Modification?

Feeling squeezed by the slow recovery of the recession? You aren't alone. Foreclosures and short sales popping up across the state are a visible sign of the financial duress many families are under. Maybe you're having trouble paying your mortgage because of a job loss or an adjusting rate. Paying too much on your mortgage can quickly deplete your savings and leave you trying to make ends meet at the end of every month. Loan modification is an option you might want to look into if you wish to stay in your home.

**What is loan modification?** The US Department of Housing and Urban Development (HUD) describes loan modification as a permanent change in the loan that allows the loan to be reinstated and paid at a price the mortgagor can afford. Basically it's an avenue that some homeowners who are going through a financial hardship pursue to avoid foreclosure.

**Why is it helpful?**
Loan modification is beneficial to homeowners who wish to remain in their house but can no longer afford the payment. The bank may be able to make your monthly payments much more reasonable. It can be less expensive than refinancing the loan. In asking your lender for a modification on the home loan, you're asking them to approve the loan at a lower payment.

This would allow you to make the monthly payment. Banks are willing to do it when the conditions are right for them since it prevents the home from going into foreclosure and becoming a burden on the bank.

### How does it work?

The goal of loan modification is to reduce your mortgage payment to be less than 31% of your gross monthly income. The bank will want to see many documents that pertain to your assets, income and debts. The bank will also want information about your home and financial situation, as well as tax information and proof of income. Lenders want to verify that you make enough money to pay the proposed loan amount and that you don't have too many debts. Banks will consider you for the program if you have enough income to be deemed low risk.

To qualify for a home loan modification, the following should be true:

- Your home must be your primary residence
- Your loan is less than $729,750 (for a one-unit property)
- Your current mortgage is from before January of 2009 (Loans dated after this date may not qualify)
- Your mortgage payment (including taxes and insurance) is more than 31% of your gross monthly income

If you meet the above criteria, you may wish to start the process for loan modification. Your attorney will help you prepare the documents to send to the bank. Lenders will verify your application and determine if you are in imminent danger of defaulting on your loan. One of the ways they assess that is to come up with a debt ratio to determine how much money you bring in, what your debts are and how much your mortgage payment costs. A bank officer will review the information and decide whether or not you qualify.

Beware of loan modification companies that could be potential scam-artists. Consumers here in Florida reported paying thousands of dollars each month for the services of companies that never helped them. Going through the process yourself may seem like the best idea, but loan modification is a long and complicated process. Having a lawyer to is incredibly helpful since he or she will know how to position your income and assets to show the lender that you qualify, and work with the bank on your behalf.

### Related Posts:

What are the Real Consequences of Personal Bankruptcy?

Avoiding the Latest Auto Insurance Scams

**EXHIBIT F**



**KILPATRICK TOWNSEND**
ATTORNEYS AT LAW

KILPATRICK TOWNSEND & STOCKTON LLP
www.kilpatricktownsend.com

Suite 2800  1100 Peachtree St.
Atlanta GA 30309-4528
t 404 815 6500  f 404 815 6555

CHRISTOPHER P. BUSSERT
direct dial 404 815 6545
direct fax 404 541 3144
cbussert@kilpatricktownsend.com

October 31, 2011

<u>VIA FEDEX ONLY</u>

Scott D. Stamatakis, Esq.
Stamatakis + Thalji
13904 N. Dale Mabry Hwy.
Suite 301
Tampa, FL  33618

Re:   <u>Infringement of FOR THE PEOPLE® Service Mark</u>

Dear Mr. Stamatakis:

This firm represents Morgan and Morgan, PA ("Morgan and Morgan") in intellectual property matters.  Morgan and Morgan is a well-known Southeastern law firm, with substantial operations in the state of Florida.  Indeed, Morgan and Morgan's home office is located in Orlando, Florida.

As you may be aware, Morgan and Morgan is the owner of several federally registered service marks including its flagship slogan FOR THE PEOPLE®, which is heavily promoted in virtually all of its advertising.  Morgan and Morgan also owns U.S. Patent and Trademark Registration No. 2,510,452 and Florida Service Mark Registration No. T2001213 for the FOR THE PEOPLE® mark for attorney services and law firm/legal services, respectively.  A copy of information on Morgan and Morgan's federal registration is enclosed for your reference.

Our client recently discovered that your firm has adopted and is using a number of URLs incorporating derivatives of "For the People" including <www.forthepeople.com> and <www.forthepeoplelaw.com> in connection with an attorney services web site.  Your firm's adoption and use of the foregoing URLs in connection with an attorney services web site is likely to cause confusion, mistake and deception of clients

Scott D. Stamatakis, Esq.
October 31, 2011
Page 2

and potential clients into thinking that your firm is affiliated
or associated with or licensed or endorsed by Morgan and Morgan,
when it clearly is not.

Your trademark attorney can advise you that federal
and state laws authorize several causes of action against
trademark infringement and/or conduct that is likely to create
the false impression that one entity is connected to or
affiliated with another.  For example, Section 32 of the federal
Lanham Act provides that:

> Any person who shall, without the consent of
> the registrant . . . use in commerce any
> reproduction, counterfeit, copy or colorable
> imitation of a registered mark in connection
> with the sale, offering for sale,
> distribution, or advertising of any goods or
> service on or in connection with which such
> use is likely to cause confusion, or to
> cause mistake, or to deceive . . . shall be
> liable in a civil action by the registrant.

You should also be aware that in cases in which
infringement of another's mark has occurred, these same laws
provide broad remedies, including injunctive relief and monetary
relief.  Section 35 of the Lanham Act, for example, states that
in cases of an infringement:

> [T]he plaintiff shall be entitled . . . to
> recover (1) defendant's profits, (2) any
> damages sustained by the plaintiff, and
> (3) the costs of the action.  The court
> shall assess such profits and damages or
> cause the same to be assessed under its
> direction. In assessing profits the
> plaintiff shall be required to prove
> defendant's sales only; defendant must prove
> all elements of cost or deduction claimed.
> In assessing damages the court may enter
> judgment, according to the circumstances of
> the case, for any sum above the amount found
> as actual damages, not exceeding three times
> such amount.  If the court shall find that

Scott D. Stamatakis, Esq.
October 31, 2011
Page 3

        the amount of the recovery based on profits
        is either inadequate or excessive, the court
        may in its discretion enter judgment for
        such sum as the court shall find to be just,
        according to the circumstances of the
        case . . .. The court in exceptional cases
        may award reasonable attorneys' fees to the
        prevailing party.

In addition, The Internet Corporation for Assigned
Names and Numbers has implemented a Uniform Dispute Resolution
Policy ("UDRP") and procedure pursuant to which a trademark
owner, such as Morgan and Morgan, can compel URLs that are
confusingly similar to its registered mark to be transferred to
it when the registrant is shown to have a bad faith intent to
profit.  The UDRP includes as a bad faith factor an intent to
divert persons from the trademark owner's site to the
registrant's site by creating a likelihood of confusion as to
source, sponsorship, affiliation or endorsement.  That factor
appears to be present here, where it is clear that your firm doe
not have any legitimate interest in the FOR THE PEOPLE mark.
Another bad faith factor present here is your firm's engaging in
"typesquatting", e.g., deliberately registering misspelled
derivatives of our client's FOR THE PEOPLE® mark.  Indeed, there
appears to be no reason that your firm would have registered the
foregoing URLs other than to trade off the commercial magnetism
of the famous and distinctive FOR THE PEOPLE® Mark.

Finally, your firm's registration of the URLs subjects
it to liability under the Anticybersquatting Consumer Protection
Act, which like the UDRP, enables a trademark owner who can show
a bad faith intent to profit to obtain URLs that are confusingly
similar to its mark.  The trademark owner may also recover
statutory damages up to $100,000.

Under the circumstances, your firm's continued use of
URLs that are confusingly similar to Morgan and Morgan's
federally registered FOR THE PEOPLE® mark is likely to cause
confusion as to the source of your firm's services, or as to the
connection, licensing, sponsorship, endorsement or authorization
of those services by Morgan and Morgan.  Accordingly, Morgan and
Morgan demands that your firm (1) immediately assign to Morgan
and Morgan all URLs you or your firm has registered that are

Scott D. Stamatakis, Esq.
October 31, 2011
Page 4

derivatives of our client's FOR THE PEOPLE® mark and are used to
access your firm's website including, but not limited to,
<www.forthepople.com> and <www.forthepeoplelaw.com>; (2) agree
not to adopt and use in the future any derivation of our
client's FOR THE PEOPLE® mark as a mark or as part of a URL; and
(3) adequately reimburse our client's attorneys' fees incurred
in this matter and account for all profits your firm has made
from its unauthorized use of the foregoing mark and URLs.

We request you provide us with written confirmation by
the close of business on **Friday, November 11, 2011**, that your
firm will comply.  Absent such a response from your firm, we
will assume that your firm is not interested in reaching an
amicable resolution of this matter and our client will pursue
immediately all legal remedies available to it.

We look forward to your prompt response.

Sincerely,

Christopher P. Bussert

CPB/mcb
Enclosure
cc: Morgan and Morgan, PA (w/enc. via e-mail only)

Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

Reg. No. 2,510,452

**United States Patent and Trademark Office**   Registered Nov. 20, 2001

## SERVICE MARK
### PRINCIPAL REGISTER

## FOR THE PEOPLE

MORGAN, COLLING AND GILBERT, P.A.
(FLORIDA CORPORATION)
20 NORTH ORANGE AVENUE, 16TH FLOOR
P.O. BOX 4979
ORLANDO, FL 328024979

FOR: ATTORNEY SERVICES, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 1-1-1993; IN COMMERCE 1-1-1993.

SER. NO. 76-240,057, FILED 4-16-2001.

ANDY COREA, EXAMINING ATTORNEY